RECEIVED
IN LAFAYETTE, LA.

AUG 2 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE and THOMAS WATSON Individually and on behalf of their Minor child MARGARET WATSON | : : : : | CIVIL ACTION 6:08cv0802 |
| | : | JUDGE DOHERTY |
| VERSUS | : : | |
| CENTOCOR, INC. | : | MAG JUDGE METHVIN |

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal; IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and captioned action be and the same is hereby dismissed without prejudice. All parties to bear their own costs.

LAFAYETTE, LOUISIANA, this _____ day of August 2008.

UNITED STATES DISTRICT JUDGE

-1-